UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                 :

JANETH GARCIA

                                                 :

             Plaintiff,                  ORDER

                                                 :

        -v.-

                                               :     25 Civ. 3555 (JAV) (GWG)

DIAMONDROCK TIMES SQUARE TENANT,  :
LLC et al.,

                                               :

            Defendants.
------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       Plaintiff has leave to file a response to Docket # 53 on or before March 3, 2026.   The
Court will hold a conference to discuss the discovery dispute raised in Docket # 49 on Friday,
March 6, 2026, at 10:30 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street,
New York, New York.    It is the Court's intention to decide the dispute based on the parties'
letters unless a party files a letter in advance of the conference showing good cause why formal
briefing should be required.

       This is the only matter scheduled for this date and time.   Please be sure to arrive
sufficiently in advance so that the conference may begin on time.

       Each attorney is directed to ensure that all other attorneys are aware of the conference
date and time.   In addition, any requests for an adjournment must be made in compliance with
paragraph 1.F of Judge Gorenstein's Individual Practices (available at:
http://nysd.uscourts.gov/judge/Gorenstein).

       SO ORDERED.

Dated: February 27, 2026
       New York, New York

                                          _____
                                       GABRIEL W. GORENSTEIN
                                       United States Magistrate Judge