# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

**BRETT R. GALLAWAY**
Partner
bgallaway@mclaughlinstern.com
(212) 448-1100

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

WESTFIELD, NEW JERSEY
GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
NAPLES, FLORIDA
WEST PALM BEACH, FLORIDA
WESTPORT, CONNECTICUT

March 2, 2026

**Via ECF**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMORANDUM ENDORSED

Re:   *Yaneth Garcia et al. v. Diamondrock Times Square Tenant, LLC et al.*
      1:25-cv-03555-JAV-GWG

Dear Judge Gorenstein:

This firm represents Defendant Paul's on Times Square in the above-referenced matter.[1] We respectfully write to request a brief adjournment, pursuant to the Court's Individual Rule 1(F), of the discovery conference currently scheduled for March 6, 2026 at 10:30 a.m.. *See* Dkt. No. 54. Defense counsel will be out of state and unavailable to appear on that date. We have conferred with the Court and opposing counsel and propose the following alternative dates/times: March 11th (between 1:30-2:30pm) or March 13th (before 3:00pm). These dates should work for all parties and the Court

We thank the Court for its time and consideration.

Conference adjourned to March 13, 2026, at 11:30 a.m. in Courtroom 519.

Respectfully submitted,

Brett R. Gallaway, Esq.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 3, 2026