# MCLAUGHLIN & STERN, LLP
## FOUNDED 1898

**BRETT R. GALLAWAY**
Partner
bgallaway@mclaughlinstern.com
(212) 448-1100

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

WESTFIELD, NEW JERSEY
GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
NAPLES, FLORIDA
WEST PALM BEACH, FLORIDA
WESTPORT, CONNECTICUT

March 27, 2026

**Via ECF**

MEMORANDUM ENDORSED

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Yaneth Garcia et al. v. DNP Restaurant Partners Inc., et al.*
        1:25-cv-03555-JAV-GWG

Dear Judge Gorenstein:

This firm represents Defendant Paul's on Times Square in the above-referenced matter. Defendant respectfully submits this letter pursuant to the Court's March 13, 2026 Order directing Defendant to advise whether the pending motion to dismiss applies to the Amended Complaint or will be withdrawn.

Defendant hereby withdraws its prior motion to dismiss and for sanctions. Contemporaneously with this letter, Defendant is filing a renewed motion to dismiss addressed to the Amended Complaint in accordance with the Court's directive.

Respectfully submitted,

Brett R. Gallaway, Esq.

Granted. The prior motion to dismiss (Docket # 27) is deemed withdrawn.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 30, 2026