**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YANETH GARCIA, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

Plaintiff,

v.

DNP RESTAURANT PARTNERS INC., *et al*,

Defendants.

**Case No.**: 25-cv-03555

~~**[PROPOSED]**~~
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff YANETH GARCIA ("Plaintiff") to take a judgment against them, in the sum of Seventy-Six Thousand Eight Hundred Forty-Four Dollars and No Cents ($76,844.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 3, 2026 and filed as Exhibit A to Docket Number 82;

**WHEREAS**, on September 3, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 82);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff YANETH GARCIA, in the sum of $76,844.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 3, 2026 and filed as Exhibit A to Docket Number 82. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: September 28, 2026
New York, New York

Jeannette Vargas

Jeannette A. Vargas, U.S.D.J.